FILED
CLERK, U.S. DISTRICT COURT

March 14, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IM___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGAR SIMONYAN,<br><br>Defendant. | Case No. 2:22-mj-00982<br><br>**ORDER OF DETENTION**<br><br>[18 U.S.C. §§ 3148(b), 3143(a)] |

On March 9, 2022, Defendant Margar Simonyan made his initial appearance following his arrest on the no-bail bench warrant issued in the Southern District of California on December 3, 2021. Deputy Federal Public Defender Annie O'Toole was appointed to represent Defendant. A detention hearing was held.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency on March 9, 2022, and its recommendation of detention.

The Court has considered the allegations of Defendant's noncompliance with the conditions set for pretrial release in the Southern District of California. *See United States v. Simonyan*, Case No. 3:21-cr-02659-BAS.

The Court finds, pursuant to 18 U.S.C.§ 3148(b), clear and convincing evidence that Defendant has violated the conditions of his release. Having considered the factors set forth in 18 U.S.C. §3142(g), the court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the Southern District of California for further proceedings. The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and the status of defendant's transportation to, and arrival in, the charging district for the appearance.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the

corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)].

Dated: March 15, 2022

PATRICIA DONAHUE

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE